Miles McNEAL, Appellant,

v.

The STATE of Texas, Appellee.

No. 28314.

Court of Criminal Appeals of Texas.

May 9, 1956.

No appearance for appellant.

J. M. Kolander, County Atty., Robert L. Templeton, Asst. County Atty., Amarillo, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is procuring; the punishment, three months in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.